David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 FEB 16 PM 1:01
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br>JOHN SULLIVAN and<br>JULIE SULLIVAN,<br><br>Debtors. | Bankruptcy Case No. 08-26371 WTT<br><br>Chapter 7 |
|---|---|

### DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in JP Morgan Chase Bank, Account # 312-2447580-66.

3. The claimants and amounts are as follows:

Mountain West Anesthesia          $ 3.57
1954 E. Ft. Union Blvd. #102
Salt Lake City UT 84121-6883

4. A check in the amount of $3.57, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 11th day of February, 2010.

_____
David C. West, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 11th day of February, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

*David C West*
David C. West